UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SAULO MESA, et al.,

    Plaintiffs,

v.                                                                            CASE NO: 2:07-cv-47-FtM-99DNF

AG-MART PRODUCE, INC.,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged that Defendant's Unopposed Motion to Dismiss Claims of Nonresponsive Named Plaintiffs for Failure to Respond to Discovery and Prior Court Orders (Dkt. 45) is granted in part and denied in part. The claims of the Plaintiffs listed on pages 8, 9, and 10 of the motion are dismissed with the exception of Rodrigo Guzman-Hilario and Araceli Morales.

**DONE AND ORDERED** at Tampa, Florida, on February 10, 2009.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel/Parties of Record